**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**ROBERT WILLIAMS, JR., ADC #658164**  **PLAINTIFF**

v.  **CASE NO. 3:12CV00003 BSM**

**PAULINE H. EDWARDS et al.**  **DEFENDANTS**

**ORDER**

Plaintiff Robert Williams, incarcerated at the Northeast Arkansas Community Correction Center, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on January 4, 2011. On January 7, 2012, United States Magistrate Judge Joe J. Volpe entered proposed findings and a recommendation that Williams's complaint be dismissed without prejudice for failure to state a claim. *See* 28 U.S.C. § 1915A (directing courts to initially screen a prisoner's complaint against a governmental entity, officer, or employee to determine whether it sets forth cognizable claims).

Williams, however, has since filed an amended complaint. [Doc. No. 9]. Accordingly, the pending recommended disposition [Doc. No. 7] is rejected as moot, and Judge Volpe is hereby requested to review Williams's amended complaint and enter another recommendation thereafter.

IT IS SO ORDERED this 14th day of February 2012.

UNITED STATES DISTRICT JUDGE