IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROBERT WILLIAMS, JR., ADC #658164**                                          **PLAINTIFF**

v.                                        **CASE NO. 3:12CV00003 BSM**

**PAULINE H. EDWARDS et al.**                                                   **DEFENDANTS**

**ORDER**

The proposed findings and recommended disposition [Doc. No. 17] submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections were filed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.     Plaintiff's amended complaint [Doc. No. 9] is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

2.     The dismissal of plaintiff's complaint constitutes a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).

3.     It is hereby certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and the judgment dismissing this action would not be taken in good faith.

IT IS SO ORDERED this 2nd day of April 2012.

_____
UNITED STATES DISTRICT JUDGE