IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROBERT WILLIAMS, JR., ADC #658164**                                              **PLAINTIFF**

v.                              **CASE NO. 3:12CV00003 BSM**

**PAULINE H. EDWARDS et al.**                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice, and the relief sought is denied. Dismissal of this action constitutes a "strike" for the purposes of 28 U.S.C. § 1915(g). It is further certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this judgment and the accompanying order would not be taken in good faith.

IT IS SO ORDERED this 2nd day of April 2012.

_____
UNITED STATES DISTRICT JUDGE